UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 24-178-2 (RBW) |
| ) | |
| ANDREW VALENTIN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

In accordance with the Court's oral rulings issued at the status hearing held on September 20, 2024, it is hereby

**ORDERED** that on September 26, 2024, at 2:00 p.m., the parties shall appear for a plea hearing before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that, with the consent of the government and the defendant, the time from September 20, 2024, until the plea hearing scheduled for September 26, 2024, is excluded under the Speedy Trial Act, to allow the parties additional time to determine how this case will be resolved.

**SO ORDERED** this 23rd day of September, 2024.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Court Judge